IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

RICHARD JAMES POLING,

       Plaintiff,

v.                                                                    Civ. No. 24-870 SCY

FRANK BISIGNANO,
Commissioner of Social security,

       Defendant.

## ORDER

It is hereby ordered that Plaintiff's Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Docket No. 21) is GRANTED and an award of $9,120.00 in attorney fees under the Equal Access to Justice Act, is to be paid directly to counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exits, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

_____
United States Magistrate Judge